IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE JOHNS HOPKINS UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> ALCON LABORATORIES, INC. and ALCON RESEARCH, LTD. <br><br> Defendants. | C.A. No. 15-525 LS-SRF |

**THE JOHNS HOPKINS UNIVERSITY'S MOTION FOR SANCTIONS UNDER RULE 37 AND FOR CIVIL CONTEMPT DUE TO ALCON'S FAILURE TO OBEY THE COURT'S ORDER**

Plaintiff, The Johns Hopkins University ("JHU"), respectfully moves the Court to impose sanctions under Federal Rule of Civil Procedure 37 and to find Defendants in civil contempt for failure to comply with the Court's July 14, 2017 Order.

The bases for JHU's Motion are detailed in the accompanying Opening Brief. JHU's Motion may be further supported by oral or written evidence or argument presented in subsequent briefing or at a hearing on this Motion, if permitted.

March 14, 2018                                    **FISH & RICHARDSON P.C.**


                                          By:  */s/Douglas E. McCann*

Frank E. Scherkenbach                          Douglas E. McCann (#3852)
Kenton W. Freeman                              Martina Tyreus Hufnal (#4771)
One Marina Park Drive                          Kelly Allenspach Del Dotto (#5969)
Boston, MA 02210                               222 Delaware Avenue, 17th Floor
scherkenbach@fr.com;                           P. O. Box 1114
kfreeman@fr.com                                Wilmington, DE 19899-1114
                                               dmcann@fr.com;
                                               hufnal@fr.com; kad@fr.com
Todd G. Miller                                 Telephone: (302) 652-5070
12390 El Camino Real
San Diego, CA 92130
miller@fr.com

Corrin N. Drakulich
1180 Peachtree Street NE
Atlanta, GA 30309                              **ATTORNEYS FOR PLAINTIFF**
drakulich@fr.com                               **THE JOHNS HOPKINS UNIVERSITY**

2

## CERTIFICATION OF COUNSEL IN ACCORDANCE WITH LOCAL RULE 7.1.1

I, Douglas E. McCann, Esquire, hereby certify that Plaintiff The Johns Hopkins University's Counsel has made reasonable efforts to reach agreement with the opposing counsel on the matters set forth in THE JOHNS HOPKINS UNIVERSITY'S MOTION FOR SANCTIONS UNDER RULE 37 AND FOR CIVIL CONTEMPT DUE TO ALCON'S FAILURE TO OBEY THE COURT'S ORDER.

/s/ Douglas E. McCann
Douglas E. McCann (#3852)
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Email:  dmccann@fr.com