# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNS HOPKINS UNIVERSITY,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | NO. 15-0525 |
| **ALCON LABORATORIES INC., et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 25th day of April, 2018, upon independent consideration of the defendants' motion for summary judgment and motion to exclude and the plaintiff's motion for summary judgment and motion to exclude, the parties' answering briefs in opposition, and all related filings, and after review of the thorough and well-reasoned Report & Recommendation of U.S. Magistrate Judge Sherry R. Fallon (Doc. No. 294), the defendants' objections (Doc. No. 300), and the plaintiff's response (Doc. No. 307), **IT IS ORDERED** that the Report & Recommendation is **APPROVED and ADOPTED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J. E.D.P.A.
Sitting by Designation