

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

June 5, 2018

**BY CM/ECF FILING**

The Honorable Lawrence F. Stengel
U.S.D.C. - Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 14613
Philadelphia, PA  19106

**Douglas E. McCann**
Principal
DMcCann@fr.com
302 778 8437  direct

Re:   *The Johns Hopkins University v. Alcon Laboratories, Inc., et al.*
      C.A. No. 15-525-LS-SRF (D. Del.)

Dear Chief Judge Stengel:

We represent the Johns Hopkins University in the above-referenced matter and write to request that the Court schedule a teleconference to set a trial date in this matter.

We respectfully request the Court set trial for October 8th to October 19th, 2018.  Although there are many existing commitments for Johns Hopkins' attorneys and its roughly seven fact and expert witnesses, we tried to be as flexible as possible in choosing dates, other than previously-scheduled trials for the attorneys, or important patient obligations for the practicing physicians.  Scheduling a firm trial now will aid our witnesses and lawyers in planning over the next several months, and will also allow us to engage in necessary logistics efforts such as booking hotel rooms and flights.

We discussed this matter with the Defendants.  The Defendants indicated that they do not wish to schedule a trial until after motions in limine are decided.  While the MILs may shape the trial, we do not see what they have to do with scheduling it and, the longer trial remains unscheduled, the longer it will be until this already 3 year old case, set for trial twice before, is resolved.

The Defendants have not confirmed they could participate in a trial on our proposed dates; nor have they said they could not.  We respectfully suggest that a brief teleconference will be the quickest way to chart the path forward, and are available to join such a call at the Court's convenience.

Respectfully submitted,

*/s/ Douglas E. McCann*

Douglas E. McCann

DEM/bar

cc:  All Counsel of Record (via CM/ECF)

fr.com