

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**Douglas E. McCann**
Principal
DMcCann@fr.com
302 778 8437 direct

July 31, 2018

Honorable Lawrence F. Stengel
Chief Judge
United States District Court
 for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 14613
Philadelphia, PA 19106

Re:   *The Johns Hopkins University v. Alcon Laboratories, Inc., et al.*
         C.A. No. 15-525 (LS) (SRF) District of Delaware

Dear Chief Judge Stengel:

We represent the Johns Hopkins University ("JHU") in this matter and write in response to Defendants' letter of July 30, 2018. As Your Honor is aware, this matter was filed more than three years ago and was scheduled for trial in February of 2017 before Judge Robinson and then in May of 2017 before Your Honor. JHU's focus remains on having its day in court and presenting its case to a jury.

With regard to Defendants' request concerning JHU's pending motion for reconsideration (D.I. 362) filed on May 17, 2018, JHU, of course, does not oppose having its motion ruled upon by Your Honor, if the Court is so inclined. However, JHU notes that the bulk of motion practice and appeals underlying that motion occurred before this case was transferred to Your Honor. JHU respectfully submits that it may make more sense for the Court that is to preside over the trial of this matter to consider JHU's motion, as well as the pending motions in limine filed by both sides, while it comes up to speed on the facts and issues of this case. With regard to the deposition of Mr. Copeland, JHU remains interested in taking his deposition, as well as other witnesses Defendants have indicated they may call to testify at trial, but there is no urgency to do so given there is no present trial date. In addition, to the



Honorable Lawrence F. Stengel
July 31, 2018
Page: 2

extent disputes remain about the scope of these depositions, JHU respectfully suggests that is another matter perhaps best considered by the trial judge.

Respectfully submitted,

*/s/ Douglas E. McCann*

Douglas E. McCann